IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNETH CICALA | : | CIVIL ACTION |
| v. | : | |
| ROBERT COLLINS, et al. | : | NO. 11-5013 |

## ORDER

AND NOW, this 22nd day of November, 2011, upon careful and independent consideration of the pleadings and record herein, and after review of the Report and Recommendation of Thomas J. Rueter, United States Magistrate Judge, it is hereby

**ORDERED**

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for a writ of habeas corpus is **DISMISSED**; and

3. A certificate of appealability is <u>not</u> granted.

BY THE COURT:

_____
MICHAEL M. BAYLSON, J.